IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| Plaintiff, ) |  |
| ) | |
| v. ) | CASE NO. _____ |
| ) | Title 21, United States Code, |
| MUSA ISMAIYL, ) | Sections 841(a)(1) and (b)(1)(C) |
| ) | |
| Defendant. ) | JUDGE BARKER |

COUNT 1
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about July 28, 2020, in the Northern District of Ohio, Eastern Division, Defendant MUSA ISMAIYL did knowingly and intentionally distribute approximately 9.97 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 2
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about August 5, 2020, in the Northern District of Ohio, Eastern Division, Defendant MUSA ISMAIYL did knowingly and intentionally distribute approximately 13.8 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II

controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendant MUSA ISMAIYL shall forfeit to the United States all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.